AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| COMMUNITY PARTNERS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 2:24-cv-02802-DDP-AS |
| LATINO DONOR COLLABORATIVE et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**   ON FIRST AMENDED COMPLAINT

To: *(Defendant's name and address)*   Arizona State University Board of Regents
2700 N. Central Ave. Suite 400
Phoenix, Arizona 85004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brian Grossman
Tesser Grossman LLP
11990 San Vicente Blvd., Suite 300
Los Angeles, California 90049
brian@tessergrossman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRIAN D. KARTH
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

Date: April 29, 2024

Tracking #: 0133163157

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-02802-DDP-AS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Arizona State University Board of Regents__
was received by me on *(date)* __05/01/2024__ .

☒ I personally served the summons on the individual at *(place)* __Claudia Martinez__
__at 2700 N Central Ave Ste 400 Phoenix, AZ 85004__ on *(date)* __05/01/2024__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __0.00__ for travel and $ __150.00__ for services, for a total of $ 150.00 ~~0.00~~ .

I declare under penalty of perjury that this information is true.

Date: __5/21/24__

_____
Server's signature

Ravon Swindell
*Printed name and title*

7100 S. 51st Ave 1152 Laveen, AZ 85339
*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents to claudia martinez who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.

Tracking #: **0133163157**