```
Tesser | Grossman LLP
Brian M. Grossman (SBN 166681)
  brian@tessergrossman.com
Marcanne Hyjek (SBN 329113)
  marcanne@tessergrossman.com
11990 San Vicente Blvd., Suite 300
Los Angeles, CA 90049
Tel: 310.207.4558
Fax: 424.256.2689

Bekiares Eliezer, LLP
Zachary C. Eyster (Admitted *Pro Hac Vice*)
  zeyster@founderslegal.com
Kennington R. Groff (Admitted *Pro Hac Vice*)
  kgroff@founderslegal.com
Robin L. Gentry (Admitted *Pro Hac Vice*)
  rgentry@founderslegal.com
Melanie K. Lane (Admitted *Pro Hac Vice*)
  mlane@founderslegal.com
2870 Peachtree Road, #512
Atlanta, GA 30305
Tel: 404.537.3686

Attorneys for Plaintiff COMMUNITY PARTNERS

Kelly Cunningham (SBN 186229)
  kcunningham@ecjlaw.com
Elliot Z. Chen (SBN 313941)
  echen@ecjlaw.com
Zoe M. Vallier (SBN 324324)
  zvallier@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Twelfth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325
Attorneys for Defendant LATINO DONOR COLLABORATIVE
```

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| COMMUNITY PARTNERS, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>vs. | Case No.: 2:24-cv-02802-DOC-AS<br><br>Hon. David O. Carter<br><br>**NOTICE OF SETTLEMENT**<br><br>Trial Date: January 13, 2026<br>Courtroom: 10A |

LATINO DONOR COLLABORATIVE, a District of Columbia Non-Profit Corporation,

    Defendant.

Pursuant to Local Rule 40-2, the Parties hereby inform the Court that they have reached a settlement in principle. The Parties are working on finalizing a written settlement agreement and propose to provide a status report to the Court no later than sixty (60) days from today's date.

Dated: January 7, 2026

TESSER | GROSSMAN LLP

By:/s/Brian M. Grossman
Brian M. Grossman
Attorneys for Plaintiff
COMMUNITY PARTNERS

BEKIARES ELIEZER, LLP

By:/s/ Melanie K. Lane
Zachary C. Eyster
Kennington R. Groff
Robin L. Gentry
Melanie K. Lane
Attorneys for Plaintiff
COMMUNITY PARTNER

ERVIN COHEN & JESSUP LLP

By:/s/ Kelly Cunningham
Kelly Cunningham
Elliot Z. Chen
Zoe M. Vallier

1   Attorneys for Defendant LATINO DONOR COLLABORATIVE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28